IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff-Appellant*<br><br>v.<br><br>THE UNIVERSITY OF NOTRE DAME<br><br>*Defendant-Appellee* | No. 22-2251<br><br>Dated: January 23, 2023 |

### NOTICE

TO THE COURT, ALL PARTIES, AND COUNSEL:

I, T.E., T.E Raj K. Patel (*pro se*), the Plaintiff-Appellant, have submitted a Petition for Want of Jurisdiction to FAITH SPOTTED EAGLE, in *Dakota* as TȞUŊKÁŊ INÁŽIŊ WIN, of the Yankton Sioux Nation, for grant and authorization of jurisdiction to this Court in No. 2023-1325 (Fed. Cir. 202_) and, as courtesy, for its related matters (this case), by the multifurcated Trust vested in her by the Appointer of the United States President (2016), on behalf of the United States Constitution, and, particularly, by the powers of Presidency, as explained in the Political Question Doctrine-Internal Affairs Doctrine. See App. A.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com

1

www.rajpatel.live

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corporate sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corporate sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012
Volunteer, Barack Obama for America (2008)
Intern, Jill Long Thompson for Governor (2008)
Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)
J.D. Candidate, Notre Dame L. Sch.

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Appellant's Notice on 01/23/2023 to below individuals via e-mail:

**Paul E. Harold**
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
100 East Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: pharold@lck-law.com

**Stephen M. Judge**
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
100 E. Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: sjudge@southbank.legal

                                 Respectfully submitted,

                                 /s/ Raj Patel
                                 T.E., T.E. Raj K. Patel (*Pro Se*)
                                 6850 East 21st Street
                                 Indianapolis, IN 46219
                                 Marion County
                                 317-450-6651 (cell)
                                 rajp2010@gmail.com
                                 www.rajpatel.live

Dated: January 23, 2023

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff-Appellant* <br><br> v. <br><br> UNITED STATES <br><br> *Defendant-Appellee* | No. 2023-1325 <br><br> No. 2023-1323 <br><br> No. 2023-113 (*In Re Patel*) <br><br> Dated: January 22, 2023 |

## NOTICE

TO THE COURT, ALL PARTIES, AND COUNSEL:

I, T.E., T.E Raj K. Patel (*pro se*), the Plaintiff-Appellant, have submitted a Petition for Want of Jurisdiction to FAITH SPOTTED EAGLE, in *Dakota* as TȞUŊKÁŊ INÁŽIŊ WIŊ, of the Yankton Sioux Nation, for grant and authorization of jurisdiction to this Court in this No. 2023-1325 and its related matters, by the multifurcated Trust vested in her by the Appointer of the United States President (2016), on behalf of the United States Constitution, and, particularly, by the powers of Presidency, as explained in the Political Question Doctrine-Internal Affairs Doctrine.

Respectfully submitted,

U.S.C.A. – 7th Circuit
RECEIVED
JAN 24 2023
2

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

1

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corporate sovereign 2013-present)

Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corporate sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

J.D. Candidate, Notre Dame L. Sch.

## CERTIFICATE OF SERVICE

In addition to service to the United States, I served the following individual via e-mail on January 22, 2023:

> **MR. ROBERT K. KIEPURA, Trial Attorney**
> U.S. Dep't of Justice - Civil Div. (G)
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 305-4436
> Fax: (202) 353-0461
> robert.kiepura@usdoj.gov

Dated: January 22, 2023

> Respectfully submitted,
>
> /s/ Raj K. Patel
> T.E., T.E. Raj K. Patel (*pro se*)
> 6850 East 21st Street
> Indianapolis, IN 46219
> Marion County
> 317-450-6651 (cell)
> rajp2010@gmail.com
> www.rajpatel.live

I

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
WASHINGTON, D.C.

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff-Appellant*

v.

UNITED STATES

*Defendant-Appellee*

No. 2023-1325

### ORDER AND NOTICE OF GRANT OF JURISDICTION

I, FAITH SPOTTED EAGLE, in *Dakota* as Tȟuŋkaŋ Ináźiŋ Wiŋ, of the Yankton Sioux Nation, by the Powers vested in me by the Appointer of the United States President as holding one (1) Electoral College vote and the United States Constitution, particularly as explained by the Political Question Doctrine-Internal Affairs Doctrine of the Presidency, finding favor on a Petition for Want of Jurisdiction filed by T.E. T.E. Raj K. Patel, hereby, **GRANT AND AUTHORIZE JURISDICTION** to this United States Court of Appeals for the Federal Circuit for all matters, present and future, appertaining to this No. 2023-1325.

*IT IS SO ORDERD.*

DONE THIS _____ DAY OF _____, 2023.

By me:

_____
FAITH SPOTTED EAGLE, M.A.
Electoral College Winner

*Distribution to T.E., T.E. Raj K. Patel for submission to this court.*

*Courtesy notice to Chairman Flying Hawk, "Mato Ki Nanji," of the Yankton Sioux Nation, robertflyinghawk@gmail.com.*

**App. A. 4 of 4**