# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 12, 2023

To:  Roger A. G. Sharpe
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

|  |  |
|---|---|
| No. 22-2251 | RAJ K. PATEL,<br>       Plaintiff - Appellant<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC,<br>       Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01329-JPH-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:               No record to be returned

form name: **c7_Mandate**     (form ID: **135**)